## RESCRIPT WITHOUT OPINION.

Pursuant to the requirements of G. L. (Ter. Ed.) c. 211, § 9, the Reporter publishes the following:

MAURICE B. LYNCH, petitioner to establish exceptions in MAURICE B. LYNCH *vs.* NEWBURYPORT FIVE CENTS SAVINGS BANK. November 17, 1936. Petition dismissed. There is no merit in these exceptions. *Bishop, petitioner,* 208 Mass. 405, 407. *Reynolds, petitioner,* 253 Mass. 427, 429. *Bullock, petitioner,* 254 Mass. 14, 17. See, also, *Saunders* v. *Shoe Lace Co.* 293 Mass. 265. Moreover, the copy of the bill of exceptions annexed to the petition does not appear to be signed. *Walsh* v. *Feinstein,* 274 Mass. 597, 599.

*M. B. Lynch, pro se.*

*P. I. Lawton,* for the respondent.